ANTHONY SERVIDONE, Respondent, *v.* BESSIE M. HIRSCHMANN et al., Appellants.

Argued April 4, 1945; decided May 17, 1945.

*Harry M. Schaffer* for appellants.

*Owen D. Connolly* and *M. L. Filley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.